IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.   08-cv-02382-MSK-MJW

JANICE DECHANT,

Plaintiff(s),

v.

METROPOLITAN LIFE INSURANCE COMPANY, et al

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Vacate Duplicative Scheduling Conference Set for January 26, 2009, DN 16, January 14, 2009, is GRANTED.  The Scheduling Conference set on January 26, 2009, at 10:00 a.m., before Magistrate Judge Watanabe is VACATED.

Date:  January 15, 2009